IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL J. ROBINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>WEXFORD HEALTH SOURCES, INC., REDNOUR, MISS STOCK, HARRINGTON, DR. FAHIM, TRANSFER COORDINATOR, and SANDRA FUNCH,<br><br>        Defendants. | Case No. 11-cv-779-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice as to all Defendants.

NANCY J. ROSENSTENGEL

**Dated:** August 13, 2012            **s/ Jina Hoyt,**
                                                    **Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**

1