IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL J. ROBINSON,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
REDNOUR, MISS STOCK, HARRINGTON,
DR. FAHIM, TRANSFER COORDINATOR,
and SANDRA FUNCH,

    Defendants.

Case No. 11-cv-779-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice as to all Defendants.

**Dated:** August 13, 2012

NANCY J. ROSENSTENGEL

**s/ Jina Hoyt,**
**Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**

1